JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>        Plaintiff(s),<br><br>vs.<br><br>PRABHSHARAN KAUR, et al.,<br><br>        Defendant(s). | Case No. 2:19-CV-03703-RGK-JEM<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On August 1, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [9], which directed plaintiff to file timely proof of service of the summons and complaint on defendant Arellano Family Trust. Plaintiff responded to the Order to Show Cause by filing a Waiver of Service dated August 6, 2019. The last day to timely serve the summons and complaint was July 30, 2019, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 8, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE